# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1301

_____

Jepheth D. Chaffin,                      *

                            *

         Appellant,            *

                            *   Appeal from the United States

    v.                      *   District Court for the

                            *   Western District of Arkansas.

City of Fort Smith, Arkansas,    *

                            *   [UNPUBLISHED]

         Appellee.             *

_____

Submitted: June 15, 2007
Filed: June 20, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Jepheth D. Chaffin appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against the City of Fort Smith, Arkansas. Having carefully reviewed the record, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review), we agree with the district court that there was no genuine issue of material fact and that defendant was entitled to judgment as a matter of law. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.